IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. KELLY,<br><br>      Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>      Defendant. | CIV-S-04-1507 KJM<br><br>ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

      Good cause appearing, <u>KELLY v. Barnhart</u>, Civ-S-04-1507 KJM, is hereby REMANDED as provided by 42 U.S.C. § 405(g) for further proceedings consistent with the stipulation of the parties filed on May 16, 2005.  The prior administrative decision relative to the claim herein is vacated.  The Clerk is directed to enter Judgment.

      SO ORDERED.

DATED: May 17, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1